## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **19–25739 – TJC**   Chapter: **13**

**Cheryl Lynn Ghadaki**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 11 – Chapter 13 Plan Filed by Cheryl Lynn Ghadaki. (Attachments: # 1 Certificate of Service # 2 Index)(Marshall, Kimberly)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 12/11/19. In RE: plan terms listed on question #3.2 – the period of months for the second payment was not completed.**

CURE: Please file an Amended Plan to correct the plan terms.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 11/27/19

                                      Mark A. Neal, Clerk of Court
                                      by Deputy Clerk, Natalie Guerra
                                      301–344–3328

cc:   Debtor
      Attorney for Debtor – Kimberly D. Marshall

defntc (rev. 12/12/2016)